**Motion Granted; Order filed August 27, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00094-CV
_____

**JAMES STEARNS, Appellant**

**V.**

**LISA MARTENS and STEARNS POOLS AND SPAS, INC., Appellees**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 09-DCV-169484**

## CONTINUING ABATEMENT ORDER

This is an appeal from the property division awarded in a final decree of divorce signed November 8, 2013. Appellant timely requested Findings of Fact and Conclusions of Law. *See* Tex. R. Civ. P. 296; Tex. Fam. Code § 6.711 (requiring findings and conclusions on the characterization and value of assets, liabilities, claims, and offsets). Appellant also filed a timely reminder of past due findings and conclusions. *See* Tex. R. Civ. P. 297. To date, the requested findings and conclusions have not been filed.

On July 23, 2013, this court granted appellant's motion to abate the appeal, and issued an order directing the trial court to file findings of fact and conclusions of law on or before August 16, 2013. *See* Tex. R. App. P 44.4(b). On August 26, 2013, appellant filed a motion for an extension of time, advising this court that the findings and conclusions have not yet been filed. We **GRANT** the motion and issue the following order:

We **ORDER** the appeal abated and direct the trial court to file findings of fact and conclusions of law on or before **September 16, 2013**, and to provide notice to the parties of their filing. Within **ten days** after the trial court has filed its findings of fact and conclusions of law, any party may file a request for specified additional or amended findings or conclusions. *See* Tex. R. Civ. P. 298. The trial court shall file any additional or amended findings that are appropriate within **ten days** after such a request is filed. The trial court's findings of fact and conclusions of law, and any additional and amended findings or conclusions, shall be included in a supplemental clerk's record to be filed with this court on or before **October 21, 2013.**

The appeal remains abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings of fact and conclusions of law are filed in this court in a supplemental clerk's record. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. Appellant's brief shall be due 30 days after the appeal has been reinstated.

PER CURIAM